USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHAEL SOTO,

               Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
               Defendant.

-----------------------------------------------------------X

19 **CIVIL** 8516 (DCF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 24, 2020, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is,

remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings.

**Dated:** New York, New York
      June 25, 2020

**RUBY J. KRAJICK**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**